HENRY McCUSKER et al., Respondents, *v.* JAMAICA BUSES, INC., Appellant.

Submitted February 20, 1939; decided February 28, 1939.

*Robert J. Dixson* for motion.

*Harold J. Levy* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground appeal lies as of right. (See 280 N. Y. 718.)

VERNON W. BALZER, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted February 20, 1939; decided February 28, 1939.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 742.)